# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDGARDO FELIX DELEON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 18-134 |

FILED
JAN 08 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 7th day of January, 2019, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's Request for Review is **GRANTED**.

3. The case is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), so that the ALJ can explicitly include in his hypothetical questions to the VE, and in his assessment of Plaintiff's RFC, his findings that Plaintiff suffered from mild limitation in understanding, remembering, and applying information; interacting with others; concentrating, persisting or maintaining pace; and adapting or managing himself.

**BY THE COURT**:

_____
J. Curtis Joyner, J.